**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

**CASE NO. 2:18-cv-11517**

**MOTION DAY: AUGUST 6, 2018**

| | |
|---|---|
| ANDREW MACKMIN, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>VISA INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | Action Pending in United States District Court for the District of Columbia<br><br>No. 1:11-cv-01831-RJL |
| MARY STOUMBOS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>VISA INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | Action Pending in United States District Court for the District of Columbia<br><br>No. 1:11-cv-01882-RJL |
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>VISA INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | Action Pending in United States District Court for the District of Columbia<br><br>No. 1:11-cv-01803-RJL |

**NOTICE OF PLAINTIFFS' MOTION
FOR AN ORDER COMPELLING THIRD-PARTY
NYCE PAYMENTS NETWORK, LLC TO PRODUCE DOCUMENTS**

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned actions will move for an

order compelling third-party NYCE Payments Network, LLC to produce documents on August 6,

2018 or at another time as determined by the Court.

Plaintiffs' brief in support of their motion is attached.

DATED this 10th day of July, 2018


By: _/s/ Isaac Nesser_____
Isaac Nesser
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison, 22nd Floor
New York, New York
(212) 849-7000
isaacnesser@quinnemanuel.com


*Of Counsel*:

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
steve@hbsslaw.com

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 248-5403
jenniferc@hbsslaw.com

Ben M. Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3034
benh@hbsslaw.com

Stephen R. Neuwirth
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY  10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson
Viola Trebicka
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000
adamwolfson@quinnemanuel.com

Craig L. Briskin
MEHRI & SKALET, PLLC
1250 Connecticut Ave NW, Suite 300
Washington, DC  20036
(202) 822-5100 (phone)
Cbriskin@Findjustice.com

***Counsel for Andrew Mackmin and Sam Osborne***

Douglas Thompson
Michael G. McLellan
FINKELSTEIN THOMPSON LLP
1077 30th Street, N.W., Suite 150
Washington, D.C. 20007
202-337-8000 x 125
dthompson@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com

***Counsel for Mary Stoumbos***

Jonathan L. Rubin
MOGINRUBIN LLP
1615 M Street, N.W., Third Floor
Washington, D.C.  20036
Tel:  (202) 630-0616
jrubin@moginrubin.com

Jennifer Oliver
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
joliver@moginrubin.com

***Counsel for Plaintiffs the National ATM Council, Inc.;***
***ATMs of the South, Inc.; Business Resource Group, Inc.;***
***Just ATMs, Inc.; Wash Water***
***Solutions, Inc.; ATM Bankcard Services, Inc.;***
***Selman Telecommunications Investment Group, LLC;***
***Scot Garner d/b/a SJI; Turnkey ATM Solutions, LLC;***

*Trinity Holdings Ltd, Inc.; and T&T Communications, Inc.*
*and Randal N. Bro d/b/a T & B Investments*

**CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**

      I hereby certify that prior to filing this motion, Plaintiffs conferred with NYCE in good faith in an effort to resolve this dispute without court action.  *See* Declaration of Ben M. Harrington, dated July 10, 2018.

BEN M. HARRINGTON
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3034
benh@hbsslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, and that I served the foregoing by certified mail on NYCE Payments Network, LLC, 400 Plaza Drive, 2nd Floor, Secaucus, NJ 07094.

 _/s/ Isaac Nesser_____
Isaac Nesser
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison, 22nd Floor
New York, New York
(212) 849-7000
isaacnesser@quinnemanuel.com